THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NEBOH KOSHER PROVISION CO., INC., Appellant.

Argued December 1, 1937; decided January 4, 1938.

*Stanley Garten* for appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.